JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCHENKER, INC., doing business as DB SCHENKER, a California Corporation; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. CV 5:19-CV-01986-AB-SHK<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 11, 2020　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.